**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE ESTATE OF THOMAS KIRBY and
BRENDA KIRBY,

      Plaintiffs,

v.                                                         Case No. 05-CV-71884-DT

DEPUTY DUVA, DEPUTY CARRIER,
SERGEANT BUCKLEY,

      Defendants.
      _____/

**NOTICE OF SETTLEMENT CONFERENCE**

On February 5, 2009, the court conducted a telephone conference in the above-captioned matter. At the conference, the parties informed the court that they were engaged in negotiations to amicably resolve this case. As discussed at the conference,

IT IS ORDERED that the court will conduct a settlement conference and final pretrial conference[1] on **February 12, 2009 at 9:00 a.m**. All trial counsel and client representatives with full decision-making authority are required to attend. For Defendant, the representatives shall be an insurance representative, the County Administrator, and the Chairman of the Board of County Commissioners.

In the event the parties reach a settlement prior to the conference, the conference will be canceled.

---

[1] The parties are not required to submit, at this point, the final pre-trial documents, as described in paragraphs 6, 8, 9 and 11 of the September 12, 2005 Scheduling Order. Instead, the parties should be prepared to discuss these documents at the conference. The court will likely order their submission within seven days after the conference.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: February 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 9, 2009, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\05-71884.KIRBY.SettlementConference.wpd