**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ESTATE OF THOMAS KIRBY and
BRENDA KIRBY,

       Plaintiff,                                                         Case No.  05cv-71884
v.                                                                                    Honorable Robert H. Cleland
                                                                                      Magistrate Judge R. Steven Whalen
DEPUTY DUVA, DEPUTY CARRIER,
SERGEANT BUCKLEY, LIEUTENANT
MUXLOW, COUNTY OF ST. CLAIR,
Individually and jointly and severally,

       Defendants.
_____/

**ORDER APPROVING THE WRONGFUL DEATH SETTLEMENT AGREEMENT,**
**ATTORNEY FEES AND COSTS AND DISTRIBUTION**

This matter having come before the court upon the motion by Sharon Winfield, Personal Representative of the Estate of Thomas Kirby, by and through her counsel, Patrick McQueeney, Hugh M. Davis and Daniel Henry and the court being otherwise satisfied in the premises, now therefore;

IT IS HEREBY ORDERED that:

A.     Settlement in the amount of $900,000.00 is approved;

B.     Reimbursement to the attorneys and Personal Representative of expenses incurred in this litigation in the amount of $104,885.10, as follows:

| | |
|---|---|
| Expenses - CLA/Hugh M. Davis | $     847.59 |
| Expenses - Daniel Henry | $  3,496.00 |
| Expenses - Patrick McQueeney | $  4,110.21 |
| Expenses - Thomas R. Present | $         0.00 |
| Expenses - Dr. Thomas Mervak | $  1,050.00 |

      Expenses advanced by Sharon Winfield (P.R.)
              $95,381.30

 C. Payment to Plaintiffs' attorneys in the amount of $265,038.30 to be divided as follows, is approved:

| | |
|---|---|
| Patrick McQueeney | $ 90,113.02 |
| Hugh Davis/C.L.A. | $ 42,406.13 |
| Thomas R. Present | $ 75,138.36 |
| Daniel Henry | $ 53,835.29 |
| Bert Ross | $ 3,445.50 |

 D. Payment of funeral and burial expenses and medical expenses incurred as a result of the incident giving rise to this lawsuit in the amount of $9,000, and should be paid to Sharon Winfield.

 E. The court finds that the Personal Representative of the Estate of Thomas Kirby and her counsel have notified all potential claimants under the Michigan Wrongful Death Act of their right to claim a share of the settlement proceeds.

 F. There are no other expenses payable from the proceeds pursuant to the Wrongful Death Act.

 G. The Personal Representative of the Estate and the family members entitled to take under the Wrongful Death Statute have agreed to the following distribution of the clients share of the proceeds ($521,076.60 as follows:)

| | |
|---|---|
| Brenda Kirby | $ 164,358.90 |
| Paige Glod | $ 164,358.90 |
| June Kirby | $ 21,000.00 |
| Sharon Winfield | $ 171, 358.90 |

H.      The court finds that the distributions to the family members as set forth herein are based on their respective losses of society and companionship of the decedent and not upon loss of support from the decedent.

I.      Defendants shall tender the settlement check to counsel Constitutional Litigation Associates, P.C. upon entry of this order.  Constitutional Litigation Associates, P.C. shall disburse the funds as ordered by this court, except that no funds shall be distributed for Thomas R. Present's share of the attorneys fee until Constitutional Litigation Associates, P.C. receives written notice of satisfaction of the 2 lines filed herein as to Thomas R. Present's share of any recovery (Dkt. Nos. 66 & 68.), or upon the order of a court having jurisdiction with regard to both lienholders claims.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  May 20, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 20, 2009, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522